ORIGINAL

FILED

07/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0004

## IN THE SUPREME COURT OF THE STATE OF MONTANA

FILED

JUL 2 8 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

PR 23-0004

IN RE THE PETITION OF
DANIEL WALTER BEIERWALTES

O R D E R

Daniel Walter Beierwaltes has petitioned this Court for admission to active status in the State Bar of Montana after having been on inactive status since November 2022.

IT IS ORDERED that upon payment of the appropriate fees to the State Bar of Montana, Petitioner shall be admitted to the active practice of law in the state of Montana.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this 28th day of July, 2023.

For the Court,

By _____
Justice